**08 C 1377**

State of Illinois　　)
County of Cook　　) SS

# AFFIDAVIT

I, Raymond Caballero, having first been duly sworn, upon oath, deposes and states as follows:

1.　　I am a Task Force Officer ("TFO") with the Drug Enforcement Administration ("DEA"), Airport Interdiction Group. I have been assigned as a TFO for DEA for approximately for approximately 4 years. I have been specifically assigned to the Airport Interdiction Group, and my official duties and responsibilities include the investigation of narcotics trafficking and narcotics-related offenses at the various points of entry an exit in Chicago, including O'Hare Airport, Midway Airport, the Greyhound Bus Terminal, and Union Station.

2.　　As a DEA TFO, I am an investigative and law enforcement officer of the United States, permitted by law to conduct investigations of, and to make arrests for, offenses enumerated in the Comprehensive Drug Abuse Prevention and Controlled Substances Act of 1970, Title 21, United States Code, Section 801, *et seq.*

3.　　I have read the complaint in this matter and the facts alleged are true and correct to the best of my knowledge and belief based upon my own personal knowledge as well as information I have received from other agents, persons and documents. Because this affidavit is for a limited purpose it does not include each and every fact known to me concerning this investigation.

**JUDGE KENNELLY**
**MAGISTRATE JUDGE ASHMAN**

4.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 7th of March 2007, in Chicago, Illinois.

							_____
							RAYMOND CABALLERO
							Task Force Officer
							Drug Enforcement Administration


SUBSCRIBED and SWORN to before me
this ___ day of March 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA ROBERTSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/26/11