UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.    08 C 1377 |
| v. | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| ONE HUNDRED, THIRTY-ONE | ) | |
| THOUSAND AND FIVE HUNDRED | ) | |
| DOLLARS ($131,500.00); and | ) | Judge Matthew F. Kennelly |
| | ) | |
| TWO HUNDRED TWENTY-TWO | ) | |
| AMERICAN EXPRESS TRAVELER'S | ) | |
| CHECKS IN THE AMOUNT OF ONE | ) | |
| HUNDRED AND ELEVEN THOUSAND | ) | |
| DOLLARS ($111,000.00) | ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above-captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: s/Daniel May
     DANIEL MAY
     Assistant United States Attorney
     219 South Dearborn Street
     Chicago, Illinois 60604
     (312) 353-8694