## CERTIFICATE OF SERVICE

     The undersigned Assistant United States Attorney hereby certifies that the following document:

**ATTORNEY DESIGNATION**

was served on March 10, 2008, in accordance with F<small>ED</small>. R. C<small>RIM</small>. P. 49, F<small>ED</small>. R. C<small>IV</small>. P. 5, LR5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                                            Respectfully submitted,

                                                                            PATRICK J. FITZGERALD
                                                                            United States Attorney

                         By:    /s/ Daniel May
                                DANIEL MAY
                                Assistant United States Attorney
                                219 South Dearborn Street
                                Chicago, Illinois 60604
                                (312) 353-8694