IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Civil No.  08 C 1377 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| ONE HUNDRED, THIRTY-ONE | ) | **CERTIFICATE OF SERVICE** |
| THOUSAND AND FIVE HUNDRED | ) | |
| DOLLARS ($131,500.00); and | ) | |
| | ) | |
| TWO HUNDRED TWENTY-TWO | ) | |
| AMERICAN EXPRESS TRAVELER'S | ) | |
| CHECKS IN THE AMOUNT OF ONE | ) | |
| HUNDRED AND ELEVEN THOUSAND | ) | |
| DOLLARS ($111,000.00), | ) | |
| Defendants. | ) | |

I, Kela Ellis, a non-attorney, certify that pursuant to Supp. R. For Adm. M. and Forf. Claims G(4), I sent a Notice of Judicial Forfeiture Proceeding, a copy of the Complaint In Rem, and a copy of the Warrant to be served upon:

Richard Lynch
█████████████

*Via Federal Express mail*

by enclosing said property addressed envelope, postage paid, and depositing same in the United States mail at 219 S. Dearborn, Chicago, Illinois before the hour of 5:00 p.m. on the 10th day of March, 2008.

_____
KELA ELLIS

SUBSCRIBED and SWORN to before me
this 10 day of March 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
BARBARA ROBERTSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/26/11

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Civil No. 08 C 1377 |
| Plaintiff, ) | |
| v. ) | |
| FUNDS IN THE AMOUNT OF ONE HUNDRED, THIRTY-ONE THOUSAND AND FIVE HUNDRED DOLLARS ($131,500.00); and ) | **NOTICE OF JUDICIAL FORFEITURE PROCEEDINGS** |
| TWO HUNDRED TWENTY-TWO AMERICAN EXPRESS TRAVELER'S CHECKS IN THE AMOUNT OF ONE HUNDRED AND ELEVEN THOUSAND DOLLARS ($111,000.00), ) | |
| Defendants. ) | |

TO:   Richard Lynch
      ▆▆▆▆▆▆▆▆▆▆▆▆

The attached Complaint is sent pursuant to Rule G (4) of the Supplemental Rules for Certain Admiralty and Maritime Claims for Forfeiture Actions.

A.   DATE OF NOTICE:  **March 10, 2008**

B.   DEADLINE FOR FILING A VERIFIED CLAIM:  You **MUST** file a verified claim within thirty-five (35) days of the date on this notice.

C.   FILING OF AN ANSWER:  You **MUST** then file an answer to the complaint or motion under Rule 12 of the Federal Rules of Civil Procedure within twenty (20) days after filing the verified claim.

D.   ATTORNEY FOR PLAINTIFF:  The claim and answer <u>must</u> be served upon:

Daniel E. May, Assistant United States Attorney
219 South Dearborn Street, Room 500
Chicago, Illinois 60604

**Failure to follow the requirements set forth above may result in judgment by default taken against the property for the relief demanded in the Complaint. You may wish to seek legal advice to protect your interests in the property.**

ARREST WARRANT IN REM

UNITED STATES DISTRICT COURT
FOR THE
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

08 C 1377
Judge Kennelly
Magistrate Judge Ashman

*To the United States Marshals Service:*

Whereas, on the 7th of March, A.D. 2008, a Verified Complaint for Forfeiture was filed in the United States District Court for said Northern District of Illinois, by PATRICK J. FITZGERALD, United States Attorney for said District, on behalf of the United States, against

funds in the amount of one hundred, thirty-one thousand and five hundred dollars ($131,500.00),

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeited to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to attach the said property and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the CHICAGO TRIBUNE to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said complaint, that they be and appear before the said Court, at the city of Chicago within thirty (30) days after giving of notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim or right against the property for the same and to make their allegations in that behalf and that they file and serve their answers within twenty (20) days after the filing of said claim. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|

| DATE | CLERK MICHAEL W. DOBBINS |
|---|---|
| MAR 10 2008 | (BY) DEPUTY CLERK NADINE FINLEY |

| | Returnable       days after issue. |
|---|---|
| | UNITED STATES MARSHALS SERVICE |
| DISTRICT | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED |
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |

ARREST WARRANT IN REM

UNITED STATES DISTRICT COURT
FOR THE
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

08 C 1377
Judge Kennelly
Magistrate Judge Ashman

*To the United States Marshals Service:*

Whereas, on the 7th of March, A.D. 2008, a Verified Complaint for Forfeiture was filed in the United States District Court for said Northern District of Illinois, by PATRICK J. FITZGERALD, United States Attorney for said District, on behalf of the United States, against

two hundred twenty-two American Express Traveler's Checks in the amount of one hundred and eleven thousand dollars($111,000.00),

and praying that all persons interested in said property may be cited in general and special, to answer the premises; and due proceedings being had, that the said property may, for the causes in said complaint mentioned, be condemned as forfeited to use of the United States.

YOU ARE THEREFORE HEREBY COMMANDED to attach the said property and to detain the same in your custody until further order of said Court respecting the same; and to give notice by publication in the CHICAGO TRIBUNE to all persons claiming the same, or knowing or having anything to say why the same should not be condemned as forfeited to the use of the United States, pursuant to the prayer of said complaint, that they be and appear before the said Court, at the city of Chicago within thirty (30) days after giving of notice, if the same shall be a day of jurisdiction thereafter, then and there to interpose a claim or right against the property for the same and to make their allegations in that behalf and that they file and serve their answers within twenty (20) days after the filing of said claim. And what you have done in the premises, do you then and there make return thereof, together with this writ.

| WITNESS THE HONORABLE | UNITED STATES DISTRICT JUDGE AT |
|---|---|
| DATE  MAR 1 0 2008 | CLERK MICHAEL W. DOBBINS |
|  | (BY) DEPUTY CLERK  NADINE FINLEY |

Returnable _____ days after issue.

UNITED STATES MARSHALS SERVICE

| DISTRICT | DATE THE WITHIN WRIT WAS RECEIVED AND EXECUTED |
|---|---|
| U.S. MARSHAL | (BY) DEPUTY MARSHAL |