**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

RECEIVED U.S. MARSHAL
08 MAR 11 AM 8: 35
N. DIST. OF ILL.

| | |
|---|---|
| PLAINTIFF **UNITED STATES OF AMERICA** | COURT CASE NUMBER **08 C 1377** |
| DEFENDANT **TWO HUNDRED TENTY-TWO AMERICAN EXPRESS TRAVELER'S CHECKS IN THE AMOUNT OF ONE HUNDRED AND ELEVEN THOUSAND DOLLAR ($111,000)** | TYPE OF PROCESS **ARREST WARRANT/COMPLAINT** |

**SERVE ▶ AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

**222 AMERICAN EXPRESS TRAVELER'S CHECKS IN THE AMOUNT OF $111,000**

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) C/O **DRUG ENFORCEMENT AGENCY**

**230 SOUTH DEARBORN, 12TH FLOOR CHICAGO, ILLINOIS 60604**

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

PATRICK J. FITZGERALD, UNITED STATES ATTORNEY
UNITED STATES ATTORNEY'S OFFICE
219 SOUTH DEARBORN, ROOM 500
CHICAGO, ILLINOIS 60604
ATTENTION: DAN MAY, AUSA

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**PERSONAL SERVICE IS REQUIRED.**
**08-DEA-492161.**

PREPARED BY: K. ELLIS

Signature of Attorney or other Originator requesting service on behalf of     ☒ PLAINTIFF  ☐ DEFENDANT
**MARSHA MCCLELLAN AUSA**

TELEPHONE NUMBER (312) 353-5300

DATE 3/10/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. | District of Origin No. | District to Serve No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above). M. Fitzgerald, DEA

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

FILED
MAR 21 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Date of Service 3/19/08     Time 11:00 pm

Signature of U.S. Marshal or Deputy   Melody A Waldron

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS: