IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| FUNDS IN THE AMOUNT OF ONE HUNDRED ) | |
| THIRTY-ONE THOUSAND FIVE HUNDRED ) | No. 08 C 1377 |
| DOLLARS, ($131,500.00) in U.S. CURRENCY, ) | |
| AND TWO HUNDRED TWENTY-TWO ) | |
| AMERICAN EXPRESS TRAVELER'S CHECKS ) | |
| IN THE AMOUNT OF ONE HUNDRED ) | Hon. Matthew F. Kennelly |
| ELEVEN THOUSAND DOLLARS, ($111,000.00) ) | District Judge, presiding. |
| ) | |
| Defendant. ) | Hon. Martin C. Ashman, |
| ) | Magistrate Judge |
| ) | |
| RICHARD LYNCH and ) | |
| STEPHEN M. KOMIE, ) | |
| ) | |
| Claimants. ) | |

## NOTICE OF FILING

To:  Daniel E. May
 Assistant United States Attorney
 United States Attorney's Office
 219 South Dearborn Street, 5th Floor
 Chicago, IL 60604

PLEASE TAKE NOTICE on the __5th__ day __May__, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, the attached **Claimants' Motion to Dismiss.**

 Respectfully submitted,

 Richard Lynch and Stephen M. Komie, Claimants
 by and through their attorneys,
 KOMIE AND ASSOCIATES

 By: /s/ Stephen M. Komie

## CERTIFICATE OF SERVICE

  The undersigned, being first duly sworn, deposes and states that a true and correct copy of the attached Status Report has been served upon the below named party using the CM/ECF system:

Daniel E. May
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

                 By:  /s/ Stephen M. Komie

Stephen M. Komie
Komie and Associates
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312.263-2800