# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United States Of America

                                Plaintiff,

v.
                                                     Case No.: 1:08−cv−01377

                                                     Honorable Matthew F. Kennelly

Funds in the Amount of One Hundred, Thirty−One Thousand and Five Hundred Dollars ($131,500.00), et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Matthew F. Kennelly:Status hearing pursuant to Rule 16(b) held on 5/8/2008 with only plaintiff's attorney appearing. :( Response to motion to dismiss, [13] due by 6/9/2008; Reply due by 6/23/2008. Ruling will be made by mail. Discovery is deferred pending ruling on the motion to dismiss, without prejudice to any party's right to file motion requesting leave to conduct discovery. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.