IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| FUNDS IN THE AMOUNT OF ONE HUNDRED | ) | |
| THIRTY-ONE THOUSAND FIVE HUNDRED | ) | No. 08 C 1377 |
| DOLLARS, ($131,500.00) in U.S. CURRENCY, | ) | |
| AND TWO HUNDRED TWENTY-TWO | ) | |
| AMERICAN EXPRESS TRAVELER'S CHECKS | ) | |
| IN THE AMOUNT OF ONE HUNDRED | ) | Hon. Matthew F. Kennelly |
| ELEVEN THOUSAND DOLLARS, ($111,000.00) | ) | District Judge |
| | ) | |
| Defendant. | ) | Hon. Martin C. Ashman, |
| | ) | Magistrate Judge |
| | ) | |
| RICHARD LYNCH, | ) | |
| | ) | |
| Claimant. | ) | |

## NOTICE OF FILING

To:   Daniel May, Esq.
      Assistant United States Attorney
      219 South Dearborn, 5th floor
      Chicago, Illinois  60604

PLEASE TAKE NOTICE on the 8th day May, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, the attached **Attorney's Appearance.**

                                                                         /s/ Stephen M. Komie
                                                                        Attorney for Claimant Richard Lynch
                                                                        Komie and Associates
                                                                        One N. LaSalle Street, #4200
                                                                        Chicago, Illinois  60602
                                                                        (312)  263-2800

**PROOF OF SERVICE**

      The undersigned, an attorney, deposes and states that a true and correct copy of Defendant's Notice of Filing and **Attorney's Appearance** has been served upon the below named party(ies), by filing said document in the CM/ECF system on the 8th day of May, 2008.

    Daniel May, Esq.
    Assistant United States Attorney
    219 South Dearborn, 5th floor
    Chicago, Illinois  60604

    /s/ Stephen M. Komie
    Attorney for Claimant Richard Lynch
    Komie and Associates
    One N. LaSalle Street, #4200
    Chicago, Illinois  60602
    (312)  263-2800