# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1377 | **DATE** | 6/15/2008 |
| **CASE TITLE** | US vs. $131,500 | | |

**DOCKET ENTRY TEXT**

The deadline for the government's response to the motion to dismiss is extended to 6/17/08. The deadline for the reply is extended to 7/1/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|