UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   08 C 1377 |
| | ) | |
| FUNDS IN THE AMOUNT OF | ) | |
| ONE HUNDRED, THIRTY-ONE | ) | Judge Matthew F. Kennelly |
| THOUSAND AND FIVE HUNDRED | ) | |
| DOLLARS ($131,500.00); and | ) | |
| | ) | |
| TWO HUNDRED TWENTY-TWO | ) | |
| AMERICAN EXPRESS TRAVELER'S | ) | |
| CHECKS IN THE AMOUNT OF ONE | ) | |
| HUNDRED AND ELEVEN THOUSAND | ) | |
| DOLLARS ($111,000.00), | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING

To: (see attached)

　　　PLEASE TAKE NOTICE that on TUESDAY, JUNE 17, 2008 the undersigned filed with the Clerk of this Court **GOVERNMENT'S RESPONSE TO CLAIMANTS' MOTION TO DISMISS COMPLAINT,** service of the notice is being made upon you.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　PATRICK J. FITZGERALD
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　By:　　s/Daniel E. May
　　　　　　　　　　　　　　　　　　DANIEL E. MAY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　219 South Dearborn Street
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60604
　　　　　　　　　　　　　　　　　　(312) 353-8694

## CERTIFICATE OF SERVICE

      The undersigned Assistant United States Attorney hereby certifies that the following documents:

## GOVERNMENT'S RESPONSE TO
## CLAIMANTS' MOTION TO DISMISS COMPLAINT

were served on June 17, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

      s/ Daniel E. May
      DANIEL E. MAY
      Assistant United States Attorney
      219 South Dearborn Street
      Chicago, Illinois 60604
      (312) 353-8694