# GROUP EXHIBIT A

IN THE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> FUNDS IN THE AMOUNT OF ) <br> FORTY THOUSAND DOLLARS ) <br> ($40,000.00), ) <br> Defendant. ) <br> _____ ) <br> JAMES SIMONDS and ) <br> STEPHEN M. KOMIE ) <br> ) <br> Claimants. ) | No. 03 C 8220 <br><br> The Honorable David H. Coar, <br> District Judge, presiding. |

**CLAIMANT'S MOTION TO GRANT FULL FAITH AND CREDIT
FOR STATE COURT JUDGMENT**

NOW COME the Claimants, JAMES SIMONDS and STEPHEN M. KOMIE, by and through their attorney, Stephen M. Komie, of the law firm, KOMIE AND ASSOCIATES, and presents this Motion to Grant State Court Judgment Full Faith and Credit. In support thereof states as follows:

1. That on May 24, 2007, the government filed a memorandum, styled, "United States' Position Paper Regarding Suppression Issues."

2. That in said memorandum, the government states: "Simonds has not, and indeed cannot, assert that his arrest was improper. (This is especially true because he has never challenged the arrest.)" Mem. at 11.

3. That the government's statement is in error.

4. That the Claimant did in fact challenge his arrest in the proper forum and in the forum with jurisdiction over the criminal arrest, the Circuit Court of Cook County, Illinois.

5. That the government is fully aware of the Claimant's motion to quash arrest and suppress evidence, because the government was communicating with the Office of the State's Attorney throughout the proceedings in State Court.

6. That in order to rebut the argument, the Claimant did not contest his arrest in the proper forum, the Claimant seeks this Court's recognition of the State Court Judgment on this issue. A Certified and exemplified copy of the State Court Disposition and Judgment is attached as Exhibit A.

7. That the Full Faith and Credit Act provides, in pertinent part:

> The records and judicial proceedings of any court of any such State, Territory or Possession, or copies thereof, shall be proved or admitted in other courts within the United States and its Territories and Possessions by the attestation of the clerk and seal of the court annexed, if a seal exists, together with a certificate of a judge of the court that the said attestation is in proper form.
>
> Such Acts, records and judicial proceedings or copies thereof, so authenticated, shall have the same full faith and credit in every court within the United States and its Territories and Possessions as they have by law or usage in the courts of such State, Territory or Possession from which they are taken. 28 U.S.C. § 1738.

8. That pursuant to said statute this Court must afford the attached Judgment Full Faith and Credit. Id.; Matsushita Electric Industrial Co., Ltd., et al. v. Epstein, 516 U.S. 367, 373 (1996).

9. That the criminal charges against the Claimant, which were pending in an Illinois Criminal Court have been decided in Claimant's favor.

10. That pursuant to statute, this Court must grant the State Court Judgment full faith and credit as to the matters decided by the State Court. Id.

11. That longstanding principles of comity also demand such a result. See, e.g., Younger v. Harris, 401 U.S. 37, 43-44 (State Courts to be free from interference by federal courts) (1971); Cf. D.C. Ct. of Appeals v. Feldman, 460 U.S. 462 (1983)(Rooker-Feldman doctrine provides federal courts do not have subject matter jurisdiction to review State Court adjudications).

12. That moreover, the government has claimed Mr. Simonds did not contest the arrest and then bootstrapped the argument that the Claimant was lawfully searched incident to arrest.

13. That this position is in error as the Circuit Court of Cook County has already decided the arrest was illegal.

14. That it is axiomatic in order to have a valid and proper search incident to arrest, one must first have a valid and lawful arrest. To construe this precedent in any other manner would clearly frustrate the entire purpose of the Fourth Amendment, in theory it would allow anyone to be arrested, searched, then charged based upon whatever evidence was found during this "search incident to arrest."

15. That respectfully, this Court must afford the State Court Judgment as to the legality of the arrest full faith and credit and does not have jurisdiction to even entertain the government's implied argument regarding the appropriateness of the State Court's Judgment. Id.

WHEREFORE, for the foregoing reasons, the Claimants, JAMES SIMONDS and STEPHEN M. KOMIE, by and through their attorneys, pray this Honorable Court to enter an order Granting Full Faith and Credit pursuant to 28 U.S.C. § 1738 to the judgment of the Circuit Court of Cook County, Illinois on September15, 2006 in People v. Simonds; to wit, Motion to Suppress is Sustained.

> Respectfully submitted,
> JAMES SIMONDS and
> STEPHEN M. KOMIE, Claimants,
> by and through their attorneys,
> KOMIE AND ASSOCIATES.
>
> By:      /s/ Stephen M. Komie

Stephen M. Komie
Komie and Associates
One North LaSalle Street, 42nd Floor
Chicago, Illinois 60602
312.263.2800

# EXHIBIT A

Case 1:08-cv-08270   Document 20-2   Filed 07/01/2008   Page 6 of 20

2152
PLACITA   (This form replaces CCM1-150A8)                                    (Rev. 12/7/00) CCG 0076

## UNITED STATES OF AMERICA

STATE OF ILLINOIS  } ss:
COUNTY OF COOK

PLEAS, before the Honorable ___KENNETH J. WADAS_____

one of the Judges of the Circuit Court of Cook County, in the State of Illinois, holding a branch Court of

said Circuit Court, at the Court House in said County and State, on _September 15th,_____, _2006_.

PRESENT: The Honorable ___KENNETH J. WADAS_____
                                                Judge of the Circuit Court of Cook County

Attest: DOROTHY BROWN, Clerk.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS                Page 001

, PEOPLE OF THE STATE OF ILLINOIS

               VS               NUMBER 03CR1430601

JAMES       SIMONDS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

  720-550/5.1(A)                    F        CANNABIS TRAFFICKING
  720-550/5(F)                     F        MFG/DEL CANNABIS/2000<5000 GR

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
07/07/03 IND/INFO-CLK OFFICE-PRES JUDGE       07/16/03 1701
     03CR1430601 ID# CR100440217
07/16/03 CASE ASSIGNED                        07/16/03 1708
     BIEBEL, PAUL JR.
07/16/03 DEFENDANT ON BOND                    00/00/00
     CANNON, DIANE G.
07/16/03 APPEARANCE FILED                     00/00/00
     CANNON, DIANE G.
07/16/03 DEFENDANT ARRAIGNED                  00/00/00
     CANNON, DIANE G.
07/16/03 PLEA OF NOT GUILTY                   00/00/00
     CANNON, DIANE G.
07/16/03 DEF REM CUST CC SHERIF               00/00/00
     CANNON, DIANE G.
07/16/03 BAIL AMOUNT SET                      00/00/00          $   80000
     CANNON, DIANE G.
07/16/03 O/C ONLY REL DEF ON C/D BOND         00/00/00
     CANNON, DIANE G.
07/16/03 FINGER PRINTING ORDERED              00/00/00
     CANNON, DIANE G.
07/16/03 CONTINUANCE BY AGREEMENT             08/18/03
     CANNON, DIANE G.
07/18/03 SPECIAL ORDER                        00/00/00
08/18/03 DEFENDANT ON BOND                    00/00/00
     CRANE, CLAYTON J.
08/18/03 MOTION TO SUBSTITUTE JUDGE           00/00/00  S        2
     CRANE, CLAYTON J.
08/18/03 TRANSFERRED                          08/19/03 1701
     CRANE, CLAYTON J.
```

```
            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

       PEOPLE OF THE STATE OF ILLINOIS

                        VS                  NUMBER 03CR1430601

       JAMES        SIMONDS

                CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
08/19/03 CASE ASSIGNED                                 08/19/03 1717
    BIEBEL, PAUL JR.
08/19/03 DEFENDANT ON BOND                             00/00/00
    WADAS, KENNETH J.
08/19/03 CONTINUANCE BY AGREEMENT                      10/02/03
    WADAS, KENNETH J.
10/02/03 DEFENDANT ON BOND                             00/00/00
    WADAS, KENNETH J.
10/02/03 DISCOVERY ANSWER FILED                        00/00/00 F       2
    WADAS, KENNETH J.
10/02/03 CONTINUANCE BY AGREEMENT                      10/29/03
    WADAS, KENNETH J.
10/29/03 DEFENDANT NOT IN COURT                        00/00/00
    WADAS, KENNETH J.
10/29/03 BOND FORFEITURE                          B001 00/00/00
    WADAS, KENNETH J.
10/29/03 ENTERED AND CONTINUED                         00/00/00
    WADAS, KENNETH J.
10/29/03 MOTION DEFT - CONTINUANCE - MD                12/16/03
    WADAS, KENNETH J.
12/16/03 DEFENDANT ON BOND                             00/00/00
    WADAS, KENNETH J.
12/16/03 DEFENDANT NOT IN COURT                        00/00/00
    WADAS, KENNETH J.
12/16/03 BOND FORFEITURE                          B001 00/00/00
    WADAS, KENNETH J.
12/16/03 ENTERED AND CONTINUED                         00/00/00
    WADAS, KENNETH J.
12/16/03 MOTION DEFT - CONTINUANCE - MD                02/02/04
    WADAS, KENNETH J.
02/02/04 DEFENDANT ON BOND                             00/00/00
    WADAS, KENNETH J.
02/02/04 SPECIAL ORDER                                 00/00/00
    MOT. FOR BFW-STRICKEN
    WADAS, KENNETH J.
02/02/04 CONTINUANCE BY AGREEMENT                      03/05/04
    WADAS, KENNETH J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS  Page 003

PEOPLE OF THE STATE OF ILLINOIS

        VS          NUMBER 03CR1430601

JAMES     SIMONDS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
03/05/04 DEFENDANT ON BOND                        00/00/00
     WADAS, KENNETH J.
03/05/04 CONTINUANCE BY AGREEMENT                 04/20/04
     WADAS, KENNETH J.
04/20/04 DEFENDANT ON BOND                        00/00/00
     WADAS, KENNETH J.
04/20/04 CONTINUANCE BY AGREEMENT                 06/14/04
     WADAS, KENNETH J.
06/14/04 DEFENDANT ON BOND                        00/00/00
     WADAS, KENNETH J.
06/14/04 MOTION TO SUPPRESS                       00/00/00 F       2
     WADAS, KENNETH J.
06/14/04 MOTION TO QUASH ARREST                   00/00/00 F       2
     WADAS, KENNETH J.
06/14/04 CONTINUANCE BY AGREEMENT                 07/15/04
     WADAS, KENNETH J.
07/15/04 DEFENDANT ON BOND                        00/00/00
     CROOKS, WILBUR E.
07/15/04 CONTINUANCE BY AGREEMENT                 08/18/04
     CROOKS, WILBUR E.
08/18/04 DEFENDANT NOT IN COURT                   00/00/00
     WADAS, KENNETH J.
08/18/04 DEFENDANT ON BOND                        00/00/00
     WADAS, KENNETH J.
08/18/04 MOTION DEFT - CONTINUANCE - MD           10/12/04
     WADAS, KENNETH J.
10/12/04 DEFENDANT ON BOND                        00/00/00
     WADAS, KENNETH J.
10/12/04 CONTINUANCE BY AGREEMENT                 11/30/04
     WADAS, KENNETH J.
11/30/04 DEFENDANT ON BOND                        00/00/00
     WADAS, KENNETH J.
11/30/04 CONTINUANCE BY AGREEMENT                 01/21/05
     WADAS, KENNETH J.
01/21/05 DEFENDANT ON BOND                        00/00/00
     WADAS, KENNETH J.
01/21/05 DISCOVERY ANSWER FILED                   00/00/00 F       2
     WADAS, KENNETH J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

        VS                NUMBER 03CR1430601

JAMES        SIMONDS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
01/21/05 CONTINUANCE BY AGREEMENT                    03/03/05
    WADAS, KENNETH J.
03/03/05 DEFENDANT ON BOND                           00/00/00
    WADAS, KENNETH J.
03/03/05 MOTION TO DISMISS INDICTMENT                00/00/00 F      2
    WADAS, KENNETH J.
03/03/05 CONTINUANCE BY AGREEMENT                    04/13/05
    WADAS, KENNETH J.
04/13/05 DEFENDANT ON BOND                           00/00/00
    WADAS, KENNETH J.
04/13/05 CONTINUANCE BY AGREEMENT                    06/14/05
    WADAS, KENNETH J.
06/14/05 DEFENDANT ON BOND                           00/00/00
    WADAS, KENNETH J.
06/14/05 CONTINUANCE BY AGREEMENT                    07/29/05
    WADAS, KENNETH J.
07/25/05 CASE ADVANCED                               07/29/05 1717
07/25/05 HEARING DATE ASSIGNED                       07/27/05 1717
07/27/05 DEFENDANT ON BOND                           00/00/00
    WADAS, KENNETH J.
07/27/05 SPECIAL ORDER                               00/00/00
    PEOPLE FILE ANSWER TO DEFT MOTION TO DISMISS INDICTMENT
    WADAS, KENNETH J.
07/27/05 MOTION DEFT - CONTINUANCE - MD              09/14/05
    WADAS, KENNETH J.
09/14/05 DEFENDANT ON BOND                           00/00/00
    WADAS, KENNETH J.
09/14/05 MOTION TO DISMISS INDICTMENT                00/00/00 D      2
    WADAS, KENNETH J.
09/14/05 MOTION DEFT - CONTINUANCE - MD              11/02/05
    WADAS, KENNETH J.
11/02/05 DEFENDANT NOT IN COURT                      00/00/00
    IN HOSPITAL
    WADAS, KENNETH J.
11/02/05 WITNESSES ORDERED TO APPEAR                 00/00/00
    WADAS, KENNETH J.
11/02/05 MOTION DEFT - CONTINUANCE - MD              12/15/05
    WADAS, KENNETH J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 005

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 03CR1430601

JAMES      SIMONDS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
12/15/05 DEFENDANT ON BOND                         00/00/00
    WADAS, KENNETH J.
12/15/05 WITNESSES ORDERED TO APPEAR               00/00/00
    WADAS, KENNETH J.
12/15/05 CONTINUANCE BY AGREEMENT                  02/09/06
    WADAS, KENNETH J.
02/08/06 DEFENDANT ON BOND                         00/00/00
    WADAS, KENNETH J.
02/08/06 CASE ADVANCED                             00/00/00
    WADAS, KENNETH J.
02/08/06 WITNESSES ORDERED TO APPEAR               00/00/00
    WADAS, KENNETH J.
02/08/06 MOTION DEFT - CONTINUANCE - MD            03/24/06
    WADAS, KENNETH J.
02/09/06 MOTION DEFT - CONTINUANCE - MD            03/24/06
    WADAS, KENNETH J.
03/24/06 DEFENDANT ON BOND                         00/00/00
    WADAS, KENNETH J.
03/24/06 WITNESSES ORDERED TO APPEAR               00/00/00
    WADAS, KENNETH J.
03/24/06 CONTINUANCE BY AGREEMENT                  05/17/06
    WADAS, KENNETH J.
05/17/06 DEFENDANT ON BOND                         00/00/00
    WADAS, KENNETH J.
05/17/06 WITNESSES ORDERED TO APPEAR               00/00/00
    WADAS, KENNETH J.
05/17/06 MOTION DEFT - CONTINUANCE - MD            06/14/06
    WADAS, KENNETH J.
06/14/06 WITNESSES ORDERED TO APPEAR               00/00/00
    WADAS, KENNETH J.
06/14/06 MOTION DEFT - CONTINUANCE - MD            08/23/06
    WADAS, KENNETH J.
08/23/06 DEFENDANT ON BOND                         00/00/00
    WADAS, KENNETH J.
08/23/06 WITNESSES ORDERED TO APPEAR               00/00/00
    WADAS, KENNETH J.
08/23/06 TRIAL COMENCED AND CONTINUED              09/15/06
    WADAS, KENNETH J.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 006

PEOPLE OF THE STATE OF ILLINOIS

                VS           NUMBER 03CR1430601

JAMES      SIMONDS

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
09/15/06 DEFENDANT ON BOND                          00/00/00
     WADAS, KENNETH J.
09/15/06 MOTION TO SUPPRESS                         00/00/00 S         2
     WADAS, KENNETH J.
09/15/06 NOLLE PROSEQUI                        C001 00/00/00
     WADAS, KENNETH J.
09/15/06 DEF DEMAND FOR TRIAL                       00/00/00
     WADAS, KENNETH J.
09/15/06 CASH BOND REFUND TO ATTORNEY          B001 00/00/00
     WADAS, KENNETH J.
09/15/06 CHANGE PRIORITY STATUS            M        00/00/00
     WADAS, KENNETH J.
09/19/06 CBR PROCSED FRWD ACCT DEP                  00/00/00
10/18/06 SPECIAL ORDER                              00/00/00
     NOTIFICATION OF MOTION FOR ENTRY OF ORDER
10/18/06 HEARING DATE ASSIGNED                      10/23/06 1717
10/23/06 DEFENDANT NOT IN COURT                     00/00/00
     WADAS, KENNETH J.
10/23/06 MOTION DEFT - CONTINUANCE - MD             11/15/06
     WADAS, KENNETH J.
11/15/06 DEFENDANT ON BOND                          00/00/00
     WADAS, KENNETH J.
11/15/06 SPECIAL ORDER                              00/00/00
     DEFENSE FILES MOTION FOR ORDER
     WADAS, KENNETH J.
11/15/06 CONTINUANCE BY AGREEMENT                   12/18/06
     WADAS, KENNETH J.
12/18/06 SPECIAL ORDER                              00/00/00
     MOTION FOR ENTRY OF WRITTEN ORDER IS DENIED
     WADAS, KENNETH J.
```



I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 02/19/07

                _Dorothy Brown_
                DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

RECEIVED NOV - 2 2006 STEPHEN M. KOMIE

```
 1    STATE OF ILLINOIS    )
                           ) SS:
 2    COUNTY OF COOK       )

 3           IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
                    COUNTY DEPARTMENT-CRIMINAL DIVISION
 4
      PEOPLE OF THE STATE OF ILLINOIS    )
 5                                       )
                      -vs-                ) No. 03 CR 14306 01
 6                                       )
      JAMES SIMONDS                      )
 7

 8                                       PARTIAL REPORT OF PROCEEDINGS

 9    had at the hearing of the above-entitled cause before Kenneth J.

10    Wadas, one of the judges of said division, on the 15th day of

11    September, A.D., 2006.

12

13               PRESENT:

14               MR. RICHARD DEVINE, Cook County State's Attorney by
                 MR. PATRICK MORLEY, Assistant State's Attorney,
15
                       on behalf of the People;
16
                 MR. STEPHEN M. KOMIE,
17
                       on behalf of the Defendant.
18

19

20

21

22

23

24
```

1

```
 1              (Whereupon prior proceedings were had which were not
 2                 transcribed at this time.)
 3         MR. KOMIE:  Now, we analyze our case here, the reason they
 4    want to take the bag off is for a sniff so that they can go to a
 5    magistrate or a judge and say, judge, we've had the bags
 6    submitted to a dog.  The dog --
 7         THE COURT:  Alerted, right.
 8         MR. KOMIE:  Right.  And so that, you know, we're in the --
 9         THE COURT:  Now we want to open it.
10         MR. KOMIE:  Right.
11         THE COURT:  Now we want to get --
12         MR. KOMIE:  Right.  So then --
13         THE COURT:  And then call New Mexico and have their agents in
14    New Mexico take him off the train when he gets off.
15         MR. KOMIE:  Right.  And so --
16         THE COURT:  That's -- you're exactly right.  That's exactly
17    how it should be done.
18         MR. KOMIE:  Right.
19         THE COURT:  And it wasn't done in this case because the
20    officers had zero probable cause to go into the bags.
21              The only question is we are content I guess with
22    allowing bags to move interstate in light of all the trains that
23    have been blown up in Europe, all countries, Spain, England,
24    Germany, et cetera but in the U.S. of A everyone has a Fourth
```

```
 1      Amendment right to have their bags not searched on trains.
 2              Motion to suppress sustained.
 3              (Whereupon further proceedings were had which were not
 4              transcribed at this time.)
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

3

```
 1   STATE OF ILLINOIS  )
                        ) SS:
 2   COUNTY OF COOK     )

 3              I, ELIZABETH A. REYES, Official Shorthand Reporter of

 4   the Circuit Court of Cook County, County Department-Criminal

 5   Division, do hereby certify that I reported in shorthand the

 6   evidence had in the above-entitled cause and that the foregoing

 7   is a true and correct transcript of all the evidence heard.

 8

 9

10                                    _____
                                      Official Shorthand Reporter
11                                    License No. 084-001910
                                      Circuit Court of Cook County
12                                    County Department
                                      Criminal Division
13

14   Dated this 21st day of September, 2006.

15

16

17

18

19

20

21

22

23

24
```

4

Certification (This form replaces CCCR 0056; CCG 0078; CCG 0622 & CCL 0507)  (Rev. 6/17/04) CCG 0011

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS

**Plaintiff(s)**

v.

JAMES SIMONDS

**Defendant(s)**

Case No. 03 CR 14306 (01)

## CERTIFICATION

I, DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, IN THE STATE OF ILLINOIS, AND THE KEEPER OF THE RECORDS AND SEAL THEREOF, DO HEREBY CERTIFY THE ATTACHED TO BE PHOTOCOPIES OF DOCUMENTS AS THEY APPEAR IN THE COURT FILE FOR THE ABOVE-CAPTIONED CAUSE OF ACTION.

IN WITNESS THEREOF, I HAVE HEREUNTO SET MY HAND, AND AFFIXED THE SEAL OF SAID COURT THIS 12th, DAY OF

JUNE , 2007 .



DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, ILLINOIS

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

CERTIFICATE OF ATTESTATION                                    (Rev. 12/7/00) CCG 0080

THE UNITED STATES OF AMERICA

STATE OF ILLINOIS  } ss:
County of Cook

I, __MOSHE JACOBIUS_____, a Presiding Judge of the Circuit Court of Cook County, Illinois, do hereby certify that DOROTHY BROWN, whose name is subscribed to the foregoing Certificate of Attestation, now is, and was, at the time of signing and sealing the same, the Clerk of the Circuit Court of Cook County, Illinois, and keeper of the Seal and the records thereof, duly elected, commissioned and qualified; that full faith and credit, are, and of right ought to be given to all her official acts as such, in all courts of Record in the United States and elsewhere, and that the attestation is in due form of law and by the proper officer.

Given under my hand at my chambers in Cook County, Illinois.

_____ (SEAL)
Presiding Judge of the Circuit Court of Cook County, Illinois

THE UNITED STATES OF AMERICA

STATE OF ILLINOIS  } ss:
County of Cook

I, DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS, do hereby certify that HONORABLE __MOSHE JACOBIUS_____ whose name is subscribed on the above Certificate of Attestation, now is, and was, at the time of the signing thereof a Presiding Judge of the Circuit Court of Cook County, Illinois, duly elected, commissioned and qualified, and that the Judge's signature is genuine.

In witness whereof, I have signed my name and affixed the Seal of the Circuit Court of Cook County, Illinois on this __12th__ day of __JUNE_____, 2007

_____
Clerk of the Circuit Court of Cook County

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

United States of America

                                             Plaintiff,

v.                                                              Case No.:
                                                             1:03−cv−08220
                                                             Honorable David
                                                            H. Coar

Funds in the amount of forty thousands dollars
($40,000)

                                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, November 8, 2007:

     MINUTE entry before Judge David H. Coar : Motion hearing held on 11/8/2007 regarding MOTION by Claimants Stephen M Komie, James M Simonds for Full Faith and Credit for State Court Judgments and Orders [70]. The Motion [70] is deemed to be a Motion to take Judical Notice and as such is granted. Mailed notice(pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.