IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | |
| FUNDS IN THE AMOUNT OF ONE HUNDRED ) | |
| THIRTY-ONE THOUSAND FIVE HUNDRED ) | No. 08 C 1377 |
| DOLLARS, ($131,500.00) in U.S. CURRENCY, ) | |
| AND TWO HUNDRED TWENTY-TWO ) | |
| AMERICAN EXPRESS TRAVELER'S CHECKS ) | |
| IN THE AMOUNT OF ONE HUNDRED ) | Hon. Matthew F. Kennelly |
| ELEVEN THOUSAND DOLLARS, ($111,000.00) ) | District Judge, presiding. |
| ) | |
| Defendant. ) | Hon. Martin C. Ashman, |
| ) | Magistrate Judge |
| ) | |
| RICHARD LYNCH and ) | |
| STEPHEN M. KOMIE, ) | |
| ) | |
| Claimants. ) | |

## NOTICE OF FILING

To:   Daniel E. May
      Assistant United States Attorney
      United States Attorney's Office
      219 South Dearborn Street, 5th Floor
      Chicago, IL 60604

   PLEASE TAKE NOTICE on the   1st   day   July   , 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division in the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, the attached **Claimants' Reply in Support of Claimants' Motion to Dismiss.**

                                    Respectfully submitted,

                                    Richard Lynch and Stephen M. Komie, Claimants
                                    by and through their attorneys,
                                    KOMIE AND ASSOCIATES

                           By:   /s/  Stephen M. Komie

## CERTIFICATE OF SERVICE

The undersigned, an attorney, deposes and states that a true and correct copy of the attached **Claimants' Reply in Support of Claimants' Motion to Dismiss** has been served upon the below named party using the CM/ECF system:

Daniel E. May
Assistant United States Attorney
United States Attorney's Office
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

By:       /s/ Stephen M. Komie

Stephen M. Komie
Komie and Associates
One North LaSalle Street, Suite 4200
Chicago, Illinois 60602
312.263-2800