# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1377 | **DATE** | 8/12/2008 |
| **CASE TITLE** | United States vs. Funds in amt. of $131,500 (etc.) | | |

**DOCKET ENTRY TEXT**

For the reasons described in the accompanying Memorandum Opinion and Order, the Court denies claimants' motion to dismiss [docket no. 13] and sets the case for a status hearing on August 28, 2008 at 9:30 a.m. for the purpose of setting a schedule for completing discovery. Counsel are directed to confer prior to that date so that they can propose a schedule to the Court.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|