UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

United States Of America

                        Plaintiff,

v.

Funds in the Amount of One Hundred, Thirty–One Thousand and Five Hundred Dollars ($131,500.00), et al.

                        Defendant.

Case No.: 1:08−cv−01377

Honorable Matthew F. Kennelly

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Matthew F. Kennelly:Status hearing held on 8/28/2008 and continued to 1/21/2009 at 09:30 AM. Fact discovery ordered closed 5/28/2009. 26(a)(2) disclosures are due by 6/27/2009, and rebuttal disclosures by 7/25/2009. Expert discovery ordered closed 8/25/2009. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.